No. 11–8069. ROBERTS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–8076. COHEN *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–8081. WAGNER *v.* STOUFFER, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8084. CONROY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8090. JACKSON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–8091. MORRIS *v.* STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–8100. SUMLIN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8145. MALONE *v.* KRAMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8168. POWERS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–8220. MITCHELL *v.* MARTEL, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8232. WHITE *v.* SCHROEDER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8234. XULI ZHANG *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–8235. WILLIAMS *v.* SIBBETT ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–8236. COMADURAN *v.* GONZALEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8258. WATTS *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.